234 F.2d 658
 Herbert S. MILLER, for the Benefit of Himself and All
Persons Similarly Situated, Appellants,
v.
J. H. GILLIECE and W. K. WELLS, Personally and as
Representatives of all Members of the Brotherhood
of Railroad Trainmen, and The
Pennsylvania Railroad, Appellees.
 No. 12679.
 United States Court of Appeals Sixth Circuit.
 June 4, 1956.
 
 George A. Lutz, Cincinnati, Ohio, for appellants.
 James A. Culbertson and John W. Hudson, Cincinnati, Ohio, for appellees.
 Before SIMONS, Chief Judge and McALLISTER and STEWART, Circuit Judges.
 PER CURIAM.
 
 
 1
 The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,
 
 
 2
 Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed upon the authority of Pigott v. Detroit, Toledo & Ironton Railroad Co., 6 Cir., 221 F.2d 736.